3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 0 1999

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROSA ITUARTE DE RUIZ, Individually and as Beneficial Owner of PARKWAY SALES & SERVICES LTD. | * * * * | |
| VS. | * * | CIVIL ACTION NO. B-99-193 |
| CHASE MANHATTAN CORPORATION; CHASE MANHATTAN PRIVATE BANK; YESID CORTES; and TERESA PRADO PALCZYNSKI | * * * * | |

**STIPULATION EXTENDING DUE DATE
FOR DEFENDANTS' RESPONSIVE PLEADINGS**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW ROSA ITUARTE DE RUIZ, Individually and as Beneficial Owner of PARKWAY SALES & SERVICE LTD., Plaintiff in the above entitled and numbered cause, and CHASE MANHATTAN CORPORATION, CHASE MANHATTAN PRIVATE BANK, YESID CORTES, and TERESA PRADO PALCZYNSKI, Defendants, and file this their Stipulation Extending Due Date for Defendants' Responsive Pleadings, and in support thereof would show the Court as follows:

1. Defendant Chase Manhattan Corporation was served with Citation and a copy of Plaintiff's Original Petition on November 16, 1999. Defendants Chase Manhattan Private Bank, Yesid Cortes, and Teresa Prado Palczynski were served with Citation and a copy of Plaintiff's Original Petition on November 15, 1999. Defendants thereafter removed this case on December 6, 1999.

2. Defendants desire additional time to answer, and/or move, with respect to Plaintiff's Petition, including but not limited to, all motions appropriate under Rule 12(b), Fed. R. Civ. P.

3. Therefore, Plaintiff Rosa Ituarte De Ruiz, Individually and as Beneficial Owner of Parkway Sales & Service Ltd., and Defendants Chase Manhattan Corporation,

Chase Manhattan Private Bank, Yesid Cortes, and Teresa Prado Palczynski, by and through their respective attorneys, hereby stipulate and agree that Defendants Chase Manhattan Corporation, Chase Manhattan Private Bank, Yesid Cortes, and Teresa Prado Palczynski (a) shall have until and including January 7, 2000 at 5:00 o'clock p.m. in which to file their initial responsive motions and pleadings to Plaintiff's Original Petition, including, but not limited to, any and all motions which may be filed pursuant to Rule 12(b), Fed. R. Civ. P; and (b) do not waive any rights they have respect to this action.

Respectfully submitted,

Richard G. Morales, Jr.
State Bar No. 14419000
PERSON, WHITWORTH, RAMOS,
   BORCHERS & MORALES, L.L.P.
Post Office Box 6668
Laredo, Texas 78042-6668
(956) 727-4441
Fax (956) 727-2696
Attorneys for Plaintiff

MARTINEZ & BARRERA

By: _____
   Horacio L. Barrera
State Bar No. 01805800
   Tony Martinez
State Bar No. 13139000
1201 East Van Buren Street
Brownsville, Texas 78520
(956) 546-7159
Fax (956) 544-0601
Attorneys for Plaintiff

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____/s/_____

    Norton A. Colvin, Jr.
Attorney-in-Charge
State Bar No. 04632100
Federal Admissions No. 1941
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANTS,
CHASE MANHATTAN CORPORATION,
CHASE MANHATTAN PRIVATE BANK, N.A.,
YESID CORTES, AND TERESA PRADO
PALCZYNSKI