# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

JAN 1 2 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROSA ITUARTE DE RUIZ, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-99-193 |
| | § | |
| CHASE MANHATTAN CORPORATION, ET AL. | § | |
| | § | |

TYPE OF CASE:        __X__ CIVIL            ____ CRIMINAL

**TAKE NOTICE** that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**INITIAL PRETRIAL CONFERENCE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME PREVIOUSLY SCHEDULED:

**JANUARY 14, 2000 AT 2:00 P.M.**

CONTINUED TO DATE AND TIME:

**JANUARY 28, 2000 AT 2:00 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JANUARY 10, 2000

TO:     MR. HORACIO BARRERA
        MR. RICHARD MORALES
        MR. NORTON COLVIN