United States District Court
Southern District of Texas
FILED

JAN 28 2000

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

CIVIL ACTION NO. B-99-193          DATE & TIME:    01-28-00 AT 2:00 P.M.

ROSA ITUARTE DE RUIZ              PLAINTIFF(S)    RICHARD MORALES, JR.
                                  COUNSEL         HORACIO BARRERA

VS.

CHASE MANHATTAN CORP., ET AL.     DEFENDANT(S)    NORTON COLVIN, JR.
                                  COUNSEL

---

    Attorneys Richard Morales, Horacio Barrera, Margie Batsell and Norton Colvin appeared. They asked that the conference be reset.