11

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED
FEB 0 1 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ROSA ITUARTE DE RUIZ, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-99-193 |
| § | |
| CHASE MANHATTAN CORPORATION, § | |
| ET AL. § | |

TYPE OF CASE:     __X__ CIVIL            ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**INITIAL PRETRIAL CONFERENCE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**FEBRUARY 24, 2000 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JANUARY 31, 2000

TO:   MR. HORACIO BARRERA
        MR. RICHARD MORALES
        MR. NORTON COLVIN