

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

FEB 23 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

ROSA ITUARTE DE RUIZ, ET AL.        §
§
VS.                                 §          CIVIL ACTION NO. B-99-193
§
CHASE MANHATTAN CORPORATION,        §
ET AL.                              §

TYPE OF CASE:          __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**INITIAL PRETRIAL CONFERENCE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:                                          ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**            **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:             CONTINUED TO DATE AND TIME:

**FEBRUARY 24, 2000 AT 2:00 P.M.**              **MARCH 10, 2000 AT 1:15 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:     FEBRUARY 23, 2000

TO:       MR. HORACIO BARRERA
          MR. RICHARD MORALES
          MR. NORTON COLVIN

ClibPDF - www.fastio.com