13

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

United States District Court
Southern District of Texas
FILED

MAR 1 0 2000

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-99-193          DATE & TIME:     03-10-00 AT 1:15 P.M.

ROSA ITUARTE DE RUIZ              PLAINTIFF(S)     RICHARD MORALES, JR.
                                  COUNSEL          HORACIO BARRERA

VS.

CHASE MANHATTAN CORP., ET AL.     DEFENDANT(S)     NORTON COLVIN, JR.
                                  COUNSEL

-------------------------------------------------------------------------------

   Attorneys Horacio Barrera and Norton Colvin appeared in chambers.

   Parties will prepare a binding arbitration agreement.

   Parties will submit an agreed order staying proceedings pending outcome of arbitration.