14

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
MAY 09 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ROSA ITUARTE DE RUIZ, Individually and as Beneficial Owner of PARKWAY SALES & SERVICES LTD. | * * * * |
| VS. | * CIVIL ACTION NO. B-99-193 |
| CHASE MANHATTAN CORPORATION; CHASE MANHATTAN PRIVATE BANK; YESID CORTES; and TERESA PRADO PALCZYNSKI | * * * * * |

## ORDER STAYING CASE PENDING ARBITRATION

ON THIS THE 10th day of March, 2000 came on to be heard the above entitled and numbered cause. The Court having been advised that the parties have agreed to enter into binding arbitration;

It is therefore ORDERED that this case be stayed in order for the parties to complete binding arbitration in accordance with their written agreement to arbitrate.

SIGNED FOR ENTRY ON THIS THE 8 DAY OF MAY, 2000.

_____
UNITED STATES MAGISTRATE
For the Southern District of Texas
Brownsville, Division, Judge Presiding

APPROVED AS TO FORM:

_____
Horacio L. Barrera
Counsel for Plaintiffs

_____
Norton A. Colvin, Jr.
Counsel for Defendants