*15*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

FEB 0 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ROSA ITUARTE DE RUIZ, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-99-193 |
| § | |
| CHASE MANHATTAN CORPORATION, § | |
| ET AL. § | |

TYPE OF CASE:        __X__ CIVIL                              ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**FEBRUARY 22, 2001 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    FEBRUARY 2, 2001

TO:       MR. HORACIO BARRERA
          MR. RICHARD MORALES
          MR. NORTON COLVIN