*16*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

**United States District Court**
**Southern District of Texas**
**ENTERED**

## ORDER

**FEB 22 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| ROSA ITUARTE DE RUIZ, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-99-193 |
| | § | |
| CHASE MANHATTAN CORPORATION, | § | |
| ET AL. | § | |

**TYPE OF CASE:**     __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

**TYPE OF PROCEEDING:**

**STATUS CONFERENCE**

**PLACE:**

UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS

**ROOM NO.:**

SECOND FLOOR COURTROOM, #2

**DATE AND TIME:**

JUNE 13, 2001 AT 1:30 P.M.

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

**DATE:**   FEBRUARY 21, 2001

**TO:**     MR. HORACIO BARRERA
            MR. RICHARD MORALES
            MR. NORTON COLVIN