/3

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

United States District Court
Southern District of Texas
FILED

MAR 1 0 2000

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-99-193        DATE & TIME:    03-10-00 AT 1:15 P.M.

ROSA ITUARTE DE RUIZ            PLAINTIFF(S)    RICHARD MORALES, JR.
                                COUNSEL          HORACIO BARRERA

VS.

CHASE MANHATTAN CORP., ET AL.   DEFENDANT(S)    NORTON COLVIN, JR.
                                COUNSEL

-----------------------------------------------------------------------------

Attorneys Horacio Barrera and Norton Colvin appeared in chambers.

Parties will prepare a binding arbitration agreement.

Parties will submit an agreed order staying proceedings pending outcome of arbitration.