*18*

United States District Court
Southern District of Texas
FILED

JUN 1 3 2001

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

CIVIL ACTION NO. B-99-193          DATE & TIME:    06-13-01 AT 1:30 P.M.

ROSA ITUARTE DE RUIZ              PLAINTIFF(S)    RICHARD MORALES, JR.
                                  COUNSEL         HORACIO BARRERA

VS.

CHASE MANHATTAN CORP., ET AL.     DEFENDANT(S)    NORTON COLVIN, JR.
                                  COUNSEL

---

Attorneys Horacio Barrera and Norton Colvin appeared in chambers.

Arbitrators have been selected. Arbitration will be set in September.

Status conference will be set in October.