19

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

JUN 1 4 2001

## ORDER

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ROSA ITUARTE DE RUIZ, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-99-193 |
| § | |
| CHASE MANHATTAN CORPORATION, § | |
| ET AL. § | |

TYPE OF CASE:       __X__ CIVIL                        ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**OCTOBER 24, 2001 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JUNE 14, 2001

TO:     MR. HORACIO BARRERA
        MR. RICHARD MORALES
        MR. NORTON COLVIN