20

THE HONORABLE JOHN WM. BLACK

**United States District Court**
**Southern District of Texas**
**FILED**

STATUS CONFERENCE

OCT 2 5 2001

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-99-193          DATE & TIME: 10-24-01 AT 1:30 P.M.

ROSA ITUARTE DE RUIZ              PLAINTIFF(S)   RICHARD MORALES, JR.
                                  COUNSEL        HORACIO BARRERA

VS.

CHASE MANHATTAN CORP., ET AL.     DEFENDANT(S)   NORTON COLVIN, JR.
                                  COUNSEL

---

Attorneys Horacio Barrera and Margie Batsell appeared in chambers.

This case is to be arbitrated March 4-6, 2002.

A status conference will be set in May, 2002.