21

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

OCT 2 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROSA ITUARTE DE RUIZ, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-99-193 |
| | § | |
| CHASE MANHATTAN CORPORATION, ET AL. | § § | |

TYPE OF CASE:    __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                             ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**             **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                           DATE AND TIME:

**MAY 24, 2002 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   OCTOBER 25, 2001

TO:     MR. HORACIO BARRERA
        MR. RICHARD MORALES
        MR. NORTON COLVIN