IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF
TEXAS BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 2 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ROSA ITUARTE DE RUIZ, Individually § <br> and as Beneficial Owner of PARKWAY § <br> SALES & SERVICES LTD § <br> Plaintiff § <br> VS. § <br> § <br> CHASE MANHATTAN CORPORATION § <br> CHASE MANHATTAN PRIVATE BANK, § <br> YESID CORTES and TERESA PRADO § <br> PALCZYNSKI § <br> Defendants | CIVIL ACTION NO. B-99-193 |

## PLAINTIFF'S DESIGNATION OF EXPERTS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ROSA ITUARTE DE RUIZ, INDIVIDUALLY AND AS A BENEFICIAL OWNER OF PARKWAY SALES & SERVICES, LTD, Plaintiff in the above-entitled and number cause and files this her Designation of Expert, in support thereof would show this Honorable Court the following:

I.

Plaintiff hereby designates the following experts who may be called to testify at trial, and attaches her report hereto:

>Mrs. Rosa Ituarte De Ruiz
>Ave. Cuauhtemoc 1430
>Co. Jardin
>San Luis Potosi, Mexico 78270
>Tel: 01152-44481-44-240

>Mr. Luis Jose Ruiz
>Ave. Cuauhtemoc 1430
>Co. Jardin
>San Luis Potosi, Mexico 78270

Tel: 01152-44481-44-240

Mrs. Nancy Ranchel
**Bates Private Capital Incorporated**
Suite 100
Lake Oswego, Oregon 97034-3230
Tel: (503) 699-9996
Fax: (503) 699-92222

Mrs. Nancy Ranchel is a witness who will be talking about the accounting and damages that occurred in this case.

Mr. Yesid Cortes
**Chase Bank**
2 South Biscayne Boulevard
Suite 2200
Miami, Florida 33131
Tel: (305) 579-9580
Fax: (305) 579-9351

Mrs. Teresa Prado Palczynski (Vice President)
**Chase Bank**
2 South Biscayne Boulevard
Suite 2200
Miami, Florida 33131
Tel: (305) 579-9580

Mr. Hector Eichelmann
**MERRILL LYNCH**
111 Congress Avenue
Suite 1900
Austin, Texas 78701
Tel: (512) 474-5811
Fax: (512) 499-0541

Mr. Hector Eichelman is a factual witness.

Mr. Michael J. Stewart
**MJS CONSULTING**
332 Forest Ave., Suite 20
Laguna Beach, CA 92651-2100
Tel: (949) 494-0936
Fax: (949) 464-0845

Mr. Michael J. Stewart is an security and regulatory expert.

Mr. Richard G. Morales, Jr.
**PERSON, WHITWORTH, RAMOS,
BORCHERS & MORALES, L.L.P.**
P.O. Box 6668
Laredo, Texas 78042-6668
Tel: (956) 727-4441
Fax: (956) 727-2696

Mr. Richard G. Morales, Jr. is a witness to the attorney fees in this case.

Mr. Horacio L. Barrera
**MARTINEZ Y BARRERA, L.L.P.**
1201 East Van Buren
Brownsville, Texas 78520
Tel: (956) 546-7159
Fax: (956) 544-0602

Mr. Horacio L. Barrera is a witness to the attorney fees in this case.

Respectfully Submitted,

**MARTINEZ Y BARRERA, L.L.P.**
1201 East Van Buren
Brownsville, Texas 78520
Tel: (956) 546-7159
Fax: (956) 544-0602

By: _____
Horacio L. Barrera
State Bar No. 01805800

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>2nd</u> day of April, 2002 a copy o f the foregoing document was forward to counsel of record.

David D. Sterling
BAKER & BOTTS, L.L.P.
One Shell Plaza
910 Louisiana
Houston, Texas 7702-1234
Tel: (713) 229-1234
Fax: (713) 229-1522

Mr. Richard G. Morales, Jr.
**PERSON, WHITWORTH, RAMOS,
BORCHERS & MORALES, L.L.P.**
P.O. Box 6668
Laredo, Texas 78042-6668
Tel: (956) 727-4441
Fax: (956) 727-2696

_____
Horacio L. Barrera