# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
ENTERED

MAY 21 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ROSA ITUARTE DE RUIZ, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-99-193 |
| § | |
| CHASE MANHATTAN CORPORATION, § | |
| ET AL. § | |

TYPE OF CASE:     __X__ CIVIL                                     ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case set for the time and place shown below has been PASSED:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                                                          ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**          **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                                         DATE AND TIME:

**MAY 24, 2002 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MAY 20, 2002

TO:     MR. HORACIO BARRERA
        MR. RICHARD MORALES
        MR. NORTON COLVIN