United States District Court
Southern District of Texas
FILED

JUL 0 9 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSA ITUARTE DE RUIZ, Individually and as Beneficial Owner of PARKWAY SALES & SERVICES LTD<br>Plaintiff<br>VS.<br><br>CHASE MANHATTAN CORPORATION, CHASE MANHATTAN PRIVATE BANK, YESID CORTES and TERESA PRADO PALCZYNSKI<br>Defendants | §§§§§§§§§§§ | CIVIL ACTION NO. B-99-193 |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Rosa Ituarte De Ruiz, Individually and as Beneficial Owner of Parkway Sales and Services LTD, and Defendants Chase Manhattan Corporation, Chase Manhattan Private Bank, Yesid Cortes and Teresa Prado Palczynski hereby move this Court, pursuant to Rule 41, Federal Rules of Civil Procedure, to enter the attached Order dismissing the above-styled and numbered cause with prejudice for the following reasons:

1. This case has been resolved through arbitration.

2. The parties have agreed that each should bear its own costs herein.

WHEREFORE, the parties move the Court to dismiss this action with prejudice to its refiling, to enter the Order which is attached hereto, and for such other and further relief, legal or equitable, to which they may show themselves justly entitled.

Respectfully submitted,

MARTINEZ Y BARRERA, L.L.P.

By: _____
Horacio L. Barrera
State Bar No. 01805800
1201 East Van Buren
Brownsville, Texas 78520
(956) 546-7159
(956) 544-0602 (fax)

Attorney in Charge for Plaintiff

BAKER BOTTS L.L.P.

By: _____
David D. Sterling
Admissions No. 7079
910 Louisiana, Suite 3000
Houston, Texas 77002-4995
(713) 229.1946
(713) 229.7946 (fax)

Attorney in Charge for Defendants

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was provided to all counsel of record by facsimile transmission on July 9, 2002.

_____
Horacio L. Barrera

HOU02:874405.1                            2

**AGREED:**

MARTINEZ Y BARRERA, L.L.P.

By: _____
Horacio L. Barrera
State Bar No. 01805800
1201 East Van Buren
Brownsville, Texas 78520
(956) 546-7159
(956) 544-0602 (fax)

Attorney in Charge for Plaintiff

BAKER BOTTS L.L.P.

By: _____
David D. Sterling
Admissions No. 7079
910 Louisiana, Suite 3000
Houston, Texas 77002-4995
(713) 229.1946
(713) 229.7946 (fax)

Attorney in Charge for Defendants