

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSA ITUARTE DE RUIZ, Individually and as Beneficial Owner of PARKWAY SALES & SERVICES LTD<br>    Plaintiff<br>VS.<br><br>CHASE MANHATTAN CORPORATION, CHASE MANHATTAN PRIVATE BANK, YESID CORTES and TERESA PRADO PALCZYNSKI<br>    Defendants | §§§§§§§§§§§§ | CIVIL ACTION NO. B-99-193 |

## AGREED ORDER

CAME ON for consideration the Joint Motion to Dismiss With Prejudice filed in this cause. Plaintiff Rosa Ituarte De Ruiz, Individually and as Beneficial Owner of Parkway Sales and Services LTD, and Defendants Chase Manhattan Corporation, Chase Manhattan Private Bank, Yesid Cortes and Teresa Prado Palczynski announced that all matters in controversy have been fully resolved through arbitration, and request the Court to enter the Joint Motion to Dismiss with Prejudice.

It is therefore ORDERED that Plaintiff's claims against Chase Manhattan Corporation, Chase Manhattan Private Bank, Yesid Cortes and Teresa Prado Palczynski are hereby dismissed with prejudice.

SIGNED this 18 day of July, 2002.

UNITED STATES DISTRICT JUDGE